UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO:  CR-08-6017-WFN |
| Plaintiff, | ) ) | ~~PROPOSED~~ |
| v. | ) ) | **ORDER DISMISSING INDICTMENT** |
| OCTAVIO CAMPOS-TORRES, | ) ) | |
| Defendant. | ) ) ) | |
| _____ | ) | |

IT IS HEREBY ORDERED that the Indictment in the above-entitled matter is dismissed with prejudice and the Defendant is hereby remanded to the custody of Immigration and Customs Enforcement.  The Court makes no judgment as to the merit or wisdom of this dismissal.

DATED this  1st  day of May, 2008.

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
UNITED STATES DISTRICT JUDGE